UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

| In re: | § | Case No. 10-03636-JRH |
|---|---|---|
| | § | |
| JULIE MARIE RAMSEY | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Kelly M. Hagan, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $193,820.17 | Assets Exempt: | $5,904.62 |
| Total Distributions to Claimants: | $482.97 | Claims Discharged Without Payment: | $57,681.81 |
| Total Expenses of Administration: | $717.03 | | |

3)   Total gross receipts of $1,200.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,200.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $194,533.44 | $192,332.78 | $192,332.78 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,367.03 | $717.03 | $717.03 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $64,137.43 | $46,515.55 | $46,515.55 | $482.97 |
| **Total Disbursements** | $258,670.87 | $240,215.36 | $239,565.36 | $1,200.00 |

4). This case was originally filed under chapter 0 on 03/24/2010. The case was converted to one under Chapter 7 on 01/11/2011. The case was pending for -1332 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/15/2012            By:   /s/ Kelly M. Hagan
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Fraudulent conveyance | 1241-000 | $1,200.00 |
| **TOTAL GROSS RECEIPTS** | | $1,200.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Chase Auto Finance | 4210-000 | $11,890.17 | $10,491.53 | $10,491.53 | $0.00 |
| 4 | Midland Mortgage Company | 4110-000 | $169,920.39 | $169,350.69 | $169,350.69 | $0.00 |
| 5 | Credit Union One | 4210-000 | $12,722.88 | $12,490.56 | $12,490.56 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $194,533.44 | $192,332.78 | $192,332.78 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Kelly M. Hagan, Trustee | 2100-000 | NA | $300.00 | $300.00 | $300.00 |
| Kelly M. Hagan, Trustee | 2200-000 | NA | $817.03 | $167.03 | $167.03 |
| U.S. Bankruptcy Court - Western District of Michigan | 2700-000 | NA | $250.00 | $250.00 | $250.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,367.03 | $717.03 | $717.03 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

UST Form 101-7-TDR (5/1/2011)

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $9,694.47 | $9,370.25 | $9,370.25 | $97.29 |
| 2 | PNC Bank | 7100-000 | NA | $431.81 | $431.81 | $0.00 |
|  | Clerk, US Bankruptcy Court (Claim No. 2; PNC Bank) | 7100-001 | $0.00 | $0.00 | $0.00 | $4.48 |
| 6 | Roundup Funding, LLC | 7100-000 | $6,513.56 | $7,922.69 | $7,922.69 | $82.26 |
| 7 | CR Evergreen, LLC | 7100-000 | $5,041.51 | $5,014.51 | $5,014.51 | $52.07 |
| 8 | Capital One Bank (USA), N.A. | 7100-000 | $5,118.35 | $7,173.83 | $7,173.83 | $74.49 |
| 9 | CR Evergreen, LLC | 7100-000 | $6,899.43 | $6,388.70 | $6,388.70 | $66.33 |
| 10 | US Dept of Education | 7100-000 | $3,249.00 | $3,249.00 | $3,249.00 | $33.73 |
| 11 | US Dept of Education | 7100-000 | $3,249.00 | $1,558.20 | $1,558.20 | $16.18 |
| 12 | United Consumer Financial Services | 7100-000 | NA | $338.82 | $338.82 | $0.00 |
|  | Clerk, US Bankruptcy Court (Claim No. 12; United Consumer Financial Services) | 7100-001 | $0.00 | $0.00 | $0.00 | $3.52 |
| 13 | Credit Union One | 7100-000 | $12,722.88 | $5,067.74 | $5,067.74 | $52.62 |
|  | Bank of America | 7100-000 | $4,975.51 | NA | NA | $0.00 |
|  | GE Money Bank | 7100-000 | $3,683.65 | NA | NA | $0.00 |
|  | Sam's Club GE Money Bank | 7100-000 | $2,990.07 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $64,137.43 | $46,515.55 | $46,515.55 | $482.97 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1     Exhibit 8

| Case No.: | 10-03636-JRH | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|
| Case Name: | RAMSEY, JULIE MARIE | Date Filed (f) or Converted (c): | 01/11/2011 (c) |
| For the Period Ending: | 5/15/2012 | §341(a) Meeting Date: | 02/22/2011 |
| | | Claims Bar Date: | 06/29/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Frame home on lot located at 2475 Steinberg Rd, Manistee, Michigan, 49660. | $175,000.00 | $2,579.61 | DA | $0.00 | FA |
| 2  Cash | $10.00 | $0.00 | DA | $0.00 | FA |
| 3  Checking account with National Bank | $10.00 | $0.00 | DA | $0.00 | FA |
| 4  Checking account Credit Union | $25.00 | $0.00 | DA | $0.00 | FA |
| 5  Household goods | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 6  Home computer system | $100.00 | $100.00 | DA | $0.00 | FA |
| 7  Clothing | $200.00 | $0.00 | DA | $0.00 | FA |
| 8  Debtor's miscellaneous jewelry $100; wedding ring $1500 | $1,600.00 | $0.00 | DA | $0.00 | FA |
| 9  Camping equipment | $25.00 | $0.00 | DA | $0.00 | FA |
| 10  Cross country skiis | $20.00 | $0.00 | DA | $0.00 | FA |
| 11  Treadmill | $50.00 | $0.00 | DA | $0.00 | FA |
| 12  Digital camera | $20.00 | $0.00 | DA | $0.00 | FA |
| 13  Mers Employees' Retirement System of Michigan | $234.79 | $0.00 | DA | $0.00 | FA |
| 14  Debtor receives a monthly income from the Marie B. Thatcher Trust. She receives a monthly income of $1815.00. | $1,815.00 | $1,815.00 | DA | $0.00 | FA |
| 15  2007 Subaru | $12,100.00 | $0.00 | DA | $0.00 | FA |
| 16  2006 Chrysler Town and Country Van | $7,515.00 | $0.00 | DA | $0.00 | FA |
| 17  One dog, no market value | $0.00 | $0.00 | DA | $0.00 | FA |
| 18  Fraudulent conveyance (u) | Unknown | Unknown | | $1,200.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$199,724.79     $4,494.61     $1,200.00     $0.00

**Major Activities affecting case closing:**
  03/27/2011     Pursue fraudulent conveyance. KMH

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit 8

| Case No.: | 10-03636-JRH | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|
| Case Name: | RAMSEY, JULIE MARIE | Date Filed (f) or Converted (c): | 01/11/2011 (c) |
| For the Period Ending: | 5/15/2012 | §341(a) Meeting Date: | 02/22/2011 |
| | | Claims Bar Date: | 06/29/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Date | Description |
|---|---|
| 04/07/2011 | Sent letter to DMB Financial requesting accounting of what debtor paid and alleging such payments to be fraudulent conveyances. CSG |
| 05/09/2011 | Sent second letter to DMB Financial. CSG |
| 06/15/2011 | Sent final letter to DMB Financial with proposed adversary complaint. CSG |
| 07/18/2011 | Filed complaint against DMB Financial, LLC. CSG |
| 07/19/2011 | Served Summons and Complaint on Defendant. CSG |
| 07/28/2011 | Defendant made offer to settle. CSG |
| 08/18/2011 | Trustee accepted settlement; will forward settlement documents; filed notice to extend time to answer complaint. CSG |
| 08/30/2011 | Filed motion for court approval of stipulation for settlement. CSG |
| 09/16/2011 | Filed second notice of extension of time to answer adversary proceeding. CSG |
| 09/30/2011 | Court approved settlement; will ask court to dismiss adversary proceeding once settlement funds are received. CSG |
| 10/17/2011 | Filed notice to dismiss adversary proceeding; will review for closing. CSG |
| 11/08/2011 | TFR submitted to UST. KMH |
| 01/10/2012 | Dividends paid pursuant to TFR. KMH |

Initial Projected Date Of Final Report (TFR):  12/31/2012        Current Projected Date Of Final Report (TFR):  12/31/2012

/s/ KELLY M. HAGAN
KELLY M. HAGAN

Page No: 1  Exhibit 9

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-03636-JRH | | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|---|
| Case Name: | RAMSEY, JULIE MARIE | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******1633 | | Checking Acct #: | ******0518 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/24/2010 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 5/15/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ / Disbursement $ | Balance |

| Transaction Date | Check/Ref. # | Paid to/Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 10/17/2011 | (18) | DMB Financial LLC | Settlement Payment | 1241-000 | $1,200.00 | | $1,200.00 |
| 01/10/2012 | 1001 | Kelly M. Hagan | Trustee Expenses | 2200-000 | | $167.03 | $1,032.97 |
| 01/10/2012 | 1002 | U.S. Bankruptcy Court - Western District of Michigan | Distribution on Claim #: ; | 2700-000 | | $250.00 | $782.97 |
| 01/10/2012 | 1003 | Kelly M. Hagan | Trustee Compensation | 2100-000 | | $300.00 | $482.97 |
| 01/10/2012 | 1004 | Discover Bank | Distribution on Claim #: 1; | 7100-000 | | $97.29 | $385.68 |
| 01/10/2012 | 1005 | Clerk, US Bankruptcy Court | Small Dividends | * | | $8.00 | $377.68 |
| | | | Claim Amount          $(4.48) | 7100-001 | | | $377.68 |
| | | | Claim Amount          $(3.52) | 7100-001 | | | $377.68 |
| 01/10/2012 | 1006 | Roundup Funding, LLC | Distribution on Claim #: 6; | 7100-000 | | $82.26 | $295.42 |
| 01/10/2012 | 1007 | CR Evergreen, LLC | Distribution on Claim #: 7; | 7100-000 | | $52.07 | $243.35 |
| 01/10/2012 | 1008 | Capital One Bank (USA), N.A. | Distribution on Claim #: 8; | 7100-000 | | $74.49 | $168.86 |
| 01/10/2012 | 1009 | CR Evergreen, LLC | Distribution on Claim #: 9; | 7100-000 | | $66.33 | $102.53 |
| 01/10/2012 | 1010 | US Dept of Education | Distribution on Claim #: 10; | 7100-000 | | $33.73 | $68.80 |
| 01/10/2012 | 1011 | US Dept of Education | Distribution on Claim #: 11; | 7100-000 | | $16.18 | $52.62 |
| 01/10/2012 | 1012 | Credit Union One | Distribution on Claim #: 13; | 7100-000 | | $52.62 | $0.00 |
| 04/17/2012 | 1012 | STOP PAYMENT: Credit Union One | Stop Payment for Check# 1012 | 7100-004 | | ($52.62) | $52.62 |
| 04/17/2012 | 1013 | Credit Union One | Distribution on Claim #: 13; | 7100-000 | | $52.62 | $0.00 |

| | | | | SUBTOTALS | $1,200.00 | $1,200.00 | |

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-03636-JRH | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|
| Case Name: | RAMSEY, JULIE MARIE | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******1633 | Checking Acct #: | ******0518 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/24/2010 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 5/15/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  | TOTALS: | $1,200.00 | $1,200.00 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank transfers/CDs | $0.00 | $0.00 | |
|  |  | Subtotal | $1,200.00 | $1,200.00 | |
|  |  | Less: Payments to debtors | $0.00 | $0.00 | |
|  |  | Net | $1,200.00 | $1,200.00 | |

| For the period of 3/24/2010 to 5/15/2012 | | For the entire history of the account between 10/17/2011 to 5/15/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,200.00 | Total Compensable Receipts: | $1,200.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,200.00 | Total Comp/Non Comp Receipts: | $1,200.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,200.00 | Total Compensable Disbursements: | $1,200.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,200.00 | Total Comp/Non Comp Disbursements: | $1,200.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-03636-JRH | | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|---|
| Case Name: | RAMSEY, JULIE MARIE | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******1633 | | Checking Acct #: | ******0518 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/24/2010 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 5/15/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $1,200.00 | $1,200.00 | $0.00 |

**For the period of 3/24/2010 to 5/15/2012**

| | |
|---|---|
| Total Compensable Receipts: | $1,200.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,200.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,200.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,200.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/11/2011 to 5/15/2012**

| | |
|---|---|
| Total Compensable Receipts: | $1,200.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,200.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,200.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,200.00 |
| Total Internal/Transfer Disbursements: | $0.00 |